Evelyn D. SHAULIS, Plaintiff–Appellant

v.

Carolyn W. COLVIN, Commissioner of Social Security, Defendant–Appellee.

No. 14–1895.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 7, 2015.

Filed: Jan. 14, 2015.

Evelyn D. Shaulis, Wentzville, MO, pro se.

Evelyn D. Shaulis, pro se.

Steve Wolf, Des Peres, MO, for Plaintiff–Appellant.

Nicholas P. Llewellyn, Assistant U.S. Attorney, U.S. Attorney's Office, Saint Louis, MO, Kevin B. Murphy, Assistant Regional Counsel, Kristi Schmidt, Deputy, Chief Counsel, Social Security Administration Office of General Counsel Region VII, Kansas City, MO, for Defendant–Appellee.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Evelyn D. Shaulis appeals from the order of the District Court[1] affirming the

---

1. The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

denial of her applications for disability insurance benefits and supplemental security income. Following careful review, we find no reversible error based on the administrative law judge's assessment of Shaulis's credibility and her residual functional capacity, and we affirm for the reasons stated by the District Court. *See* 8th Cir. R. 47B.

